UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO: 05-cr-60089-HUCK

      Plaintiff,

vs.

ANDRE UTER
      Defendant.
_____/

## ORDER ON FINAL REVOCATION HEARING

    It appearing to the Court that on June 21, 2006, the Defendant was sentenced to nine (9) months in the Bureau of Prisons followed by three years of supervised release.  Special conditions included: substance abuse treatment; 300 hours of community service per year if the defendant is employed full-time or 500 hours of community service per year if the defendant is unemployed; no new debt restriction; financial disclosure; requirement of full-time employment and not to be unemployed for a term of more than thirty (30 days unless excused; permissible search of person and property; restitution in the amount of $68,907.56 and $100 special assessment, after the Defendant plead guilty to Count 1 of the Indictment. **The Defendant admitted guilt to having violated conditions of supervision.**

    The Defendant having now been duly brought before this Court for hearing on April 11, 2008, upon the Petition of the Probation Officer for Revocation, and it further appearing that the Defendant violated his conditions of supervised release by:

    1. Drug Use:  On September 7, 2007, the defendant tested positive for cocaine.

    2. Failing to submit to drug testing: On September 21, 2007, the defendant failed to report for urine testing as instructed by the United States Probation Officer.

    3. Failing to submit to drug testing: On October 22, 24, 29, 200 7 and November 5, and 14, 2007, the defendant failed to report for urine testing as instructed by the United States Probation Officer.

    The Defendant voluntarily admitted to having violated his conditions of supervision.  The

Court having made a finding that the defendant has violated his conditions of supervised release and upon stipulation by the parties, it is therefore

**ORDERED AND ADJUDGED** that the supervised release term heretofore imposed be and the same is hereby **modified** as follows:

1. The Defendant's supervised release is NOT revoked.

2. The Defendant's supervised release shall be extended for an additional two (2) years

3. If the Defendant is employed full-time, the Defendant shall complete a total of 400 hours of community service **as directed by the U.S. Probation Office.** If the defendant is unemployed, the defendant shall complete a total of 600 hours of community service **as directed by the U.S. Probation Office.**

4. The defendant shall also comply with the standard conditions of supervision imposed on the original judgment dated June 21, 2006 and modification dated July 18, 2007.

5. The U.S. Probation officer shall promptly notify this Court if the Defendant falls behind in the required community service hours.

6. Home Detention with Electronic Monitoring: The defendant shall participate in the Home Detention Electronic Monitoring Program for a period of **forty-five (45) days**. During this time the defendant shall remain at his place of residence except for employment and other activities approved in advance, and provide the U.S. Probation Officer with requested documentation. The defendant shall maintain a telephone at his place of residence without 'call forwarding', 'call waiting', a modem, 'caller ID', or 'call back/call block' services for the above period. The defendant shall wear an electronic monitoring device and follow the electronic monitoring procedures as instructed by the U.S. Probation Officer. The defendant shall pay for the electronic monitoring equipment at the prevailing rate or in accordance with ability to pay.

**DONE AND ORDERED** at Miami, Florida this _11_ day of April, 2008.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

cc: U.S. Probation
U.S. Marshal
All Counsel of Record
Bureau of Prisons