UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

UNITED STATES OF AMERICA,   CASE NO:05-CR-60089-PCH

    Plaintiff,

vs.

ANDRE UTER
    Defendant.
_____/

## JUDGMENT AND COMMITMENT
## UPON REVOCATION OF SUPERVISED RELEASE
(for Offenses Committed on or after November 1, 1987)

It appearing to the Court that on June 21, 2006, the Defendant was sentenced to a term of nine (9) months imprisonment followed by three (3) years supervised release after the Defendant plead guilty. The Defendant admitted guilt to having violated conditions of supervision.

The Defendant having now been duly brought before this Court for hearing on July 11, 2008, upon the Petition of the Probation Officer for Revocation, and it further appearing that the Defendant violated his conditions of supervised release by:

1. Failing to report for a urine test as required by the Code-A-Phone and failed to call the system as required on April 25, 2008.

2. Testing positive for cocaine on April 30, 2008.

3. Failing to call the Code-A-Phone on April 29, 30, 2007 and May 1, 2008.

4. Failing to adhere to the requires of the Electronic Monitoring System on May 5, 2008.

The Defendant voluntarily admitted to having violated her conditions of supervision. The Court having made a finding that the defendant has violated the conditions of supervised release and upon stipulation by the parties, it is therefore

**ORDERED AND ADJUDGED** that the supervised release term heretofore imposed be and the same is hereby **revoked**, it being further

**ORDERED AND ADJUDGED** that

1. The defendant is hereby committed to the custody of the Bureau of Prisons for a term of **three (3) months.**.

2. Upon release from imprisonment, the defendant shall be placed on supervised release for a term on thirty-three (33) months. While on supervised release,

   a. the defendant shall not commit another federal, state or local crime.

   b. The defendant shall be prohibited from possessing a firearm or other dangerous devices, and he shall not possess a controlled substance.

   c. The defendant shall comply with the standard conditions of supervised release

   d. Home Detention with Electronic Monitoring: The defendant shall participate in the Home Detention Electronic Monitoring Program for a period of six (6) months. During this time the defendant shall remain at his place of residence except for employment and other activities approved in advance, and provide the U.S. Probation Officer with requested documentation. The defendant shall maintain a telephone at his place of residence without 'call forwarding', 'call waiting', a modem, 'caller ID', or 'call back/call block' services for the above period. The defendant shall wear an electronic monitoring device and follow the electronic monitoring procedures as instructed by the U.S. Probation Officer. The defendant shall pay for the electronic monitoring equipment at the prevailing rate or in accordance with ability to pay.

   e. The defendant shall perform eight (8) hours of community service per week of supervised release at the direction of the U.S. Probation Officer.

   f. The defendant shall maintain full-time, legitimate employment and not be unemployed for a term of more than 30 days unless excused for schooling, training or other acceptable reasons. Further, the defendant shall provide documentation including, but not limited to pay stubs, contractual agreements, W-2 Wage and Earnings Statements, and other documentation requested by

the U.S. Probation Officer. Self-Employment Restriction: The Defendant is prohibited from self-employment. The defendant shall obtain prior written approval from the Court before entering into any self-employment.

    g.    The defendant shall participate in an approved treatment program for drug and/or alcohol abuse and abide by all supplemental conditions of treatment. Participation may include inpatient/outpatient treatment. The defendant will contribute to the costs of services rendered (co-payment) based on ability to pay or availability of third party payment.

3. All other terms in conditions set forth in the previous judgment dated June 21, 2006 shall remain in full force and effect.

**ORDERED AND ADJUDGED** that the defendant is remanded to the custody of the United States Marshal Service.

**DONE AND ORDERED** at Miami, Florida this _11_ day of July, 2008.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

cc:    U.S. Probation Officer
       U.S. Marshals Service (2 certified)
       All counsel of record